# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| **United States of America** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Docket No. 1:09-CR-24-001 |
| | ) | |
| **James M. Cameron** | ) | |
| **Defendant.** | ) | |

## SATISFACTION OF JUDGMENT

The monetary penalty(s) imposed in the above-captioned action on December 17, 2014 has/have been satisfied and paid in full.

Dated:     July 18, 2022

                                            DARCIE N. MCELWEE
                                            United States Attorney

                                            /s/ Andrew K. Lizotte
                                            Assistant U.S. Attorney
                                            United States Attorney's Office
                                            202 Harlow Street, Room 10100
                                            Bangor, Maine 04401
                                            207-945-0373
                                            Andrew.Lizotte@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

### CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2022, I electronically filed a Satisfaction of Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the attorneys of record.

DARCIE N. MCELWEE
United States Attorney

/s/ Andrew K. Lizotte
ANDREW K. LIZOTTE
Assistant U.S. Attorney
United States Attorney's Office
202 Harlow Street, Room 10100
Bangor, Maine 04401
207-945-0373
Andrew.Lizotte@usdoj.gov